[No. 75073-9-I.   Division One.   July 10, 2017.]

*In the Matter of the Detention of R.I.*

Appeal from a judgment of the Superior Court for King County, No. 16-6-01047-9, Palmer Robinson, J., entered April 6, 2016. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Becker, J.

[No. 75130-1-I.   Division One.   July 10, 2017.]

BELLEVUE PARK HOMEOWNERS ASSOCIATION, *Appellant*, v. AKRAM HOSSEINZADEH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-04100-2, Douglass A. North, J., entered March 14, 2016. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 75305-3-I.   Division One.   July 10, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS TRAVOR BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 16-1-00548-3, Linda C. Krese, J., entered May 23, 2016. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 46579-5-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN WARREN HAUGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00855-1, Nelson E. Hunt, J., entered August 7, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J.; Lee, J., concurring separately.